**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:24-cr-0018 |
| | ) |
| **RAYNALDO OQUENDO,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 25, 2025, ECF No. 60, recommending that the Defendant's plea of guilty to Count One of the Indictment, Wire Fraud Conspiracy, a violation of Title 18, United States Code, Section 1349 be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 60, is **ADOPTED;** it is further

**ORDERED** that Defendant Raynaldo Oquendo's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Raynaldo Oquendo is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 27, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **July 9, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **July 23, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **August 1, 2025;** it is further

*United States v. Raynaldo Oquendo*
Case No. 3:24-cr-0018
Order
Page **2** of **2**

      **ORDERED** that a sentencing hearing shall be held on **August 15, 2025, at 10:30 A.M. in STT Courtroom No. 1**; and it is further

      **ORDERED** that the Jury Selection and Trial in this matter previously scheduled for May 19, 2025, are hereby **CANCELED**.

**Dated: May 13, 2025**　　　　　　　　　　　　　*/s/ Robert A. Molloy*_____
　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**